NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KRISTI M. FONES,                                )
                                               )
            Appellant,                         )
                                               )
v.                                             )        Case No.  2D19-2396
                                               )
STATE OF FLORIDA,                              )
                                               )
            Appellee.                          )
                                               )
_____)

Opinion filed September 25, 2020.

Appeal from the Circuit Court for Polk
County; Keith P. Spoto, Judge.

Howard L. Dimmig, II, Public Defender,
and Stephania A. Gournaris, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and SLEET, JJ., Concur.